# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CURLEY EMANUEL JAMES, JR.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action Number |
| vs. ) | **2:13-cv-37-AKK-JEO** |
| ) | |
| **ASSISTANT WARDEN A. W. VARREEN, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report and recommendation on November 25, 2013, recommending that claims against Lt. McKnight, Assistant Warden Varreen, Assistant Warden Clay, Lt. Bouns, Lt. Epps, Lt. Orr, and Ms. Patterson be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). The magistrate judge further recommended that the plaintiff's claim against Lt. Baker that he failed to protect the plaintiff from assault by another inmate after hearing the inmate threaten the plaintiff, be referred to the magistrate judge for further proceedings. Plaintiff filed a motion for a ten day extension of time, doc. 8, until December 19, 2013. Neither party has filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the

magistrate judge.  The court further **ACCEPTS** the recommendation of the magistrate judge. Accordingly, the claims against Lt. McKnight, Assistant Warden Varreen, Assistant Warden Clay, Lt. Bouns, Lt. Epps, Lt. Orr, and Ms. Patterson are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). Plaintiff's claim against Lt. Baker is **REFERRED** to the magistrate judge for further proceedings.

   **DONE** this 23rd day of December, 2013.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE