UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CURLEY EMANUEL JAMES,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number |
| | ) **2:13-cv-00037-AKK-JEO** |
| **ASSISTANT WARDEN A. W. VEREEN** *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 11, 2016, recommending the defendants' special reports be treated as motions for summary judgment and further recommending that the motions be granted. Doc. 72. The court advised the parties of their right to file specific written objections within fourteen days. *Id.* at 36. The plaintiff requested and received two extensions of time to file his objections, *see* docs. 73; 74; 75; 76, but failed to file any objections within the time periods allotted.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED**, and the recommendation **ACCEPTED**.  Consequently, the defendants' motions for

summary judgment are due to be **GRANTED**. The court will contemporaneously enter an order of final judgment in accordance with the foregoing.

    **DONE** the 27th day of October, 2016.

                                           _____
                                              **ABDUL K. KALLON**
                                       UNITED STATES DISTRICT JUDGE